

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00373-CV

| | | |
|---|---|---|
| DAN DILTS CONSTRUCTION, INC., AND DAN DILTS, Appellants | § | On Appeal from the 89th District Court |
| | § | of Wichita County (184,648-C) |
| V. | § | November 1, 2018 |
| MARK WEEKS, Appellee | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed to the extent that the trial court found Appellants Dan Dilts, Construction, Inc., and Dan Dilts liable for breach of contract and disposed of their counterclaims. It is further ordered that the judgment is reversed to the extent of the trial court's damages award and that the case is remanded to the trial court for further proceedings to determine the proper amount of Appellee Mark Weeks's damages.

Appellants Dan Dilts Construction, Inc., and Dan Dilts shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
    Justice Bill Meier